No. 75–5312. RANDLE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–5316. WIDMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–5320. POGUE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5321. NOBLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5331. WARREN ET AL. *v.* RAMSEY, SUPERINTENDENT, FEDERAL PRISON INDUSTRIES, ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–5345. HARRIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–5347. FREEMAN *v.* ARGONAUT INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–5350. SCHNEIDER *v.* GRAND. C. A. 8th Cir. Certiorari denied.

No. 75–5352. CAMP *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–5354. ARBORE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No 75–5365. JACKSON *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 75–5367. GALLIHER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.